### FARMERS' MUTUAL INS. ASSO. v. PALLISON.
(Decided November 25th, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

L. H. DOTY and TURNER & MURPHY, for appellant. B. C. BURKHART, for appellee.

Per curiam. Affirmed for failure to assign errors.